IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:09-CV-0091-RLV-DCK

| | |
|---|---|
| MATT JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APEX FINANCIAL MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER ALLOWING PRO HAC VICE ADMISSION

Upon application of William J. Long IV for Attorney Alan Daniel Leeth, an active member in good standing of the bar of Alabama, to be admitted *pro hac vice* on behalf of Defendant Apex Financial Management, LLC in this matter, and it appearing that said motion complies with Local Rule 83.1B and a fee in the amount of $250.00 has been paid to the Clerk of Court,

IT IS HEREBY ORDERED THAT Alan Daniel Leeth is admitted to appear in this matter *pro hac vice* on behalf of Defendant Apex Financial Management, LLC and his appearance as attorney of record on behalf of Defendant Apex Financial Management, LLC is hereby entered.

Signed: August 20, 2009

David C. Keesler
United States Magistrate Judge